UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Allstate Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>James Stilwell and Alissa Stilwell, husband and wife and the marital community comprised thereof, Warren Schierman and Alisha Burke, individually and on behalf of their minor daughter J.S.,<br><br>    Defendants. | Civil No. 2:17-cv-01386-RAJ<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br><br>(~~Proposed~~) |

This matter having come before the Court on the Plaintiff's Motion for Default Judgment against James Stilwell and Alissa Stilwell (Dkt. # 18) and the Court having considered the following pleadings:

    1.    Plaintiff Allstate Insurance Company's Motion for Default Judgment; and

    2.    Declaration of Douglas F. Foley, together with exhibits, in Support of Plaintiff Allstate Insurance Company's Motion for Default Judgment.

///

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Default Judgment against James Stilwell and Alissa Stilwell is GRANTED; and

2. Plaintiff is not obligated to provide coverage for, or a defense to, Defendants, James Stilwell and Alissa Stilwell, husband and wife and their marital community, for all claims arising out of the lawsuit filed by Warren Schierman and Alisha Burke, individually and on behalf of their minor daughter J.S.

DATED this 19th day of June, 2018.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge